# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL CONSUMER LAW CENTER, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendant. | Civil Action No. 1:19-cv-10739 <br><br> **PROOF OF SERVICE** <br><br> AFFIDAVIT OF <br> ANA GIRÓN VIVES |

I, Ana Girón Vives, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a paralegal at the National Consumer Law Center.

2. I am submitting this declaration as proof of service of summons and complaint in this case to the U.S. Attorney's Office in Boston, the U.S. Department of Education's Regional Office in Boston, the U.S. Department of Education in Washington, D.C., and the U.S. Department of Justice in Washington, D.C.

3. On April 23, 2019, I hand-delivered a copy of the summons and complaint in this action to the Suffolk County Sheriff's Department for service to the U.S. Department of Education's Regional Office, located at 5 Post Office Square, 9th Floor, Boston, MA 02110.

4. On May 9, 2019, the Sheriff's Department served the Department of Education's Regional Office. See Attachment 1, Sheriff's Proof of Service.

5. On April 23, 2019, I mailed copies of the summons and complaint in this action to the U.S. Attorney's Office in Boston, U.S. Department of Education and the U.S.

Department of Justice in Washington, D.C, by certified mail, return receipt requested.

See Attachment 2, return receipts from the U.S. Attorney's Office in Boston, U.S. Department of Justice and U.S. Department of Education.

6. I declare, under penalty of perjury, that the foregoing statements are true and correct.

June 4, 2019                  /s/ Ana Girón Vives

Boston, Massachusetts                  Ana Girón Vives

## CERTIFICATE OF SERVICE

I, Persis Yu, hereby certify that the above document was filed through the ECF system on June 4, 2019.

/s/ Persis Yu
Persis Yu

# ATTACHMENT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only) National Consumer Law Center v. U.S. Department of Education

**Suffolk County Sheriff's Department** • 132 Portland Street, Boston, MA 02114 • (617) 704-6999
**Suffolk, ss.**

I hereby certify and return that on 5/9/2019 at 1:27 PM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Jackie Ble, agent and person in charge at the time of service for U.S. Department of Education, at 5 Post Office Square Floor 9 Boston, MA 02109. Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Postage and Handling ($1.00) Travel ($1.00) U.S. District Court Fee ($5.00) Total: $42.00

May 22, 2019

Deputy Sheriff Dan Bunch

_____ Deputy Sheriff

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
YES ☐ NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
YES ☐ NO ✔

7. Do all of the parties in this action, excluding governmental agencies of the United States and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
YES ✔ NO ☐

  A. If yes, in which division do all of the non-governmental parties reside?
  Eastern Division ✔   Central Division ☐   Western Division ☐

  B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
  Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
YES ☐ NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME Persis Yu
ADDRESS 7 Winthrop Square Floor 4 Boston, MA 02110
TELEPHONE NO. (617) 542-8010

(CategoryForm9-2018.wpd)

# ATTACHMENT 2

**Receipt 1 (top right):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US DEPARTMENT OF EDUCATION
400 MARYLAND AVE, SW
ROOM 6E300
WASHINGTON, DC 20202-2111

9590 9402 1570 5362 7706 14

2. Article Number (Transfer from service label)

7000 1670 0013 8027 4431

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X [signed] — ☒ Agent, ☐ Addressee
- B. Received by (Printed Name): Aubrey Hall(?)
- C. Date of Delivery: 4-27-19
- D. Is delivery address different from item 1? ☐ Yes ☒ No
- 3. Service Type: ☒ Certified Mail®, ☒ Return Receipt for Merchandise

**Receipt 2 (bottom right):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTORNEY GENERAL OF THE US
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530-0001

9590 9402 1570 5362 7706 38

2. Article Number (Transfer from service label)

7000 1670 0013 8027 4462

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X [signed]
- B. Received by (Printed Name): Carly [illegible]
- C. Date of Delivery: APR 29 2019
- D. Is delivery address different from item 1? ☐ Yes ☐ No
- 3. Service Type: ☒ Certified Mail®, ☒ Return Receipt for Merchandise

**Receipt 3 (left, rotated):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney's Office
John Joseph Moakley
US Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02110

9590 9402 1570 5362 7706 45

2. Article Number (Transfer from service label)

7000 1670 0013 8027 4448

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X [signed] — ☐ Agent, ☐ Addressee
- B. Received by (Printed Name): [signature]
- 3. Service Type: ☒ Certified Mail®, ☒ Return Receipt for Merchandise