**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NATIONAL CONSUMER LAW CENTER,   )<br>                                                                  )<br>                              Plaintiff,          )<br>                                                                  )<br>v.                                                              )          C.A. No. 19-10739-FDS<br>                                                                  )<br>                                                                  )<br>UNITED STATES DEPARTMENT OF     )<br>EDUCATION                                             )<br>                                                                  )<br>                              Defendant.     )<br>                                                                  )<br>                                                                  ) | |

## ASSENTED-TO DEFENDANT'S MOTION FOR EXTENSION TO FILE ANSWER

Defendant, the U.S. Department of Education, requests that the Court grant it an extension to respond to this Complaint brought under the Freedom of Information Act. Defendant requests that it be permitted to file its Answer on or before August 22, 2019.

Defendant produced the documents that Plaintiff's Freedom of Information Act request described on May 10, 2019.  Plaintiff has not yet reached a conclusion regarding whether the production was complete and counsel for Plaintiff informs the undersigned that scrutiny of the produced documents will be completed by July 8, 2019.  Defendant requests that the Answer date be extended to August 22, 2019, in order that Defendant may have time to respond to any objections that Plaintiff may have to the completeness of the production and, if appropriate, provide additional documents or otherwise respond to Plaintiff.

Counsel for Plaintiff assents to this motion, and the undersigned is unaware of any prejudice to Plaintiff or to the proceedings of the Court if this motion is granted.

                    Respectfully submitted,

                    ANDREW E. LELLING
                    United States Attorney

By:    */s/ Anita Johnson*
        ANITA JOHNSON, BBO No. 565540
        Assistant United States Attorney
        United States Attorney's Office
        John Joseph Moakley U.S. Courthouse
        One Courthouse Way - Suite 9200
        Boston, MA 02210
        (617) 748-3266
        Anita.Johnson@usdoj.gov

CERTIFICATE OF SERVICE and RULE 7.1 CONFERENCE

I hereby certify that this document will be filed through the electronic filing system of the Court, which system will serve counsel for Plaintiff electronically on this 20th day of June 2019, and that I have consulted with said counsel and she consented to this motion.

                    */s/ Anita Johnson*
                    Assistant United States Attorney