UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL CONSUMER LAW CENTER, )<br>)<br>Plaintiff, )<br>)<br>v.   )<br>)<br>)<br>UNITED STATES DEPARTMENT OF )<br>EDUCATION )<br>)<br>Defendant. )<br>)<br>_____ ) | C.A. No. 19-10739-FDS |

**ASSENTED-TO DEFENDANT'S SEVENTH MOTION
FOR EXTENSION TO FILE ANSWER**

Defendant, the U.S. Department of Education, requests that the Court grant a seventh extention to respond to this Complaint brought under the Freedom of Information Act. Defendant requests that it be permitted to file its Answer on or before May 18, 2020.

Defendant has produced a large number of agency documents -- over 6000 --and has been informed informally that the appropriate, requested documents have been produced.  Defendant requests an additional month so that the parties reach a final conclusion to the proceedings.  Accordingly, Defendant requests this short extension to file its Answer.

Counsel for Plaintiff assents to this motion, and the undersigned is unaware of any prejudice to Plaintiff or to the proceedings of the Court if this motion is granted.

                                              Respectfully submitted,

                                              ANDREW E. LELLING
                                              United States Attorney

By:  */s/ Anita Johnson*
ANITA JOHNSON
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3266
Anita.Johnson@usdoj.gov

CERTIFICATE OF SERVICE and RULE 7.1 CONFERENCE

I hereby certify that this document will be filed through the electronic filing system of the Court, which system will serve counsel for Plaintiff electronically on this sixteenth day of April 2020, and that I have consulted with said counsel and she has assented to this motion.

*/s/ Anita Johnson*
Assistant United States Attorney

2