**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

---

| | | |
|---|---|---|
| NATIONAL CONSUMER LAW CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-10739-FDS |
| | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF EDUCATION | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

---

**PARTIES' NOTICE OF SETTLEMENT IN PRINCIPLE**

The parties in this action have conferred and notify the Court that they have reached an agreement in principle to settle the action.  Counsel for the parties are in the process of finalizing the agreement.  The parties intend that a stipulation of dismissal will be filed as soon as practicable, but no later than July 19, 2020.


Respectfully submitted,

/s/ *Persis S. Yu*
PERSIS YU (BBO #685951)
STUART ROSSMAN (BBO #430640)
National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston MA 02210-8010
(617) 542-8010
pyu@nclc.org


ANDREW E. LELLING
United States Attorney

1

By:      */s/ Anita Johnson*_____ ___
ANITA JOHNSON
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3266
Anita.Johnson@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that this document(s) will be filed through the ECF system of the Court, which system will serve all parties electronically, on this 23rd day of June 2020.

ANITA JOHNSON
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3266
Anita.Johnson@usdoj.gov

By:      */s/ Persis S. Yu*_____ ___
PERSIS YU (BBO #685951)

2