# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **National Consumer Law Center** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>)<br>)<br>**United States Department of Education** )<br>)<br>**Defendant.** )<br>) | **Civil Action No.**<br><br>1:19-cv-10739-FDS |

## SETTLEMENT ORDER OF DISMISSAL

**SAYLOR, U.S.D.J**

The Court has been advised by the parties' report that this action has settled.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown by 7/24/2020 to reopen the action if settlement is not consummated.

By the Court,

/s/ Taylor Halley<br>
Deputy Clerk

06/24/2020