|  |  |  |
|---|---|---|
| NATIONAL CONSUMER LAW CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-10739-FDS |
| | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| EDUCATION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## STIPULATION OF SETTLEMENT AND DISMISSAL

Plaintiff National Consumer Law Center, its successors and assigns, and Defendant United States Department of Education ("the Parties") stipulate and agree to dismissal of this action as follows:

1.  Plaintiff agrees to voluntarily dismiss this action, which arises out of Plaintiff's July 2018 request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to Defendant for documents relating to Defendant's contract with a private student loan servicing company.

2.  In response to Plaintiff's FOIA request, Defendant has released approximately 8,400 pages of agency records to Plaintiff.

3.  Defendant shall pay Plaintiff $5000 for Plaintiff's attorneys' fees and costs in this action.

4.  This Stipulation shall constitute full and final satisfaction of all claims for costs, attorneys' fees, search, review, or processing fees that have been asserted or could have been asserted by the Parties in this action in connection with the administrative FOIA process, the litigation process, or any other proceedings involving the claims raised in this action.

5. This Stipulation shall not be used as evidence or otherwise in any pending or future administrative or civil action against Defendant or the United States, or any agency or instrumentality of the United States.

6. This Stipulation is the entire agreement between the Parties, and Plaintiff agrees that no promise or representation not included in this Stipulation has been made to it.

7. Execution and filing of this Stipulation by counsel for the Parties shall constitute a dismissal of this action with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

8. This Stipulation may be executed in counterparts as if executed by the Parties on the same document.  A facsimile or other duplicate of a signature shall have the same effect as a manually-executed original.

Respectfully submitted,


/s/ *Persis S. Yu*
PERSIS YU (BBO #685951)
STUART ROSSMAN (BBO #430640)
National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston MA 02210-8010
(617) 542-8010
pyu@nclc.org



ANDREW E. LELLING
United States Attorney

By:     */s/ Anita Johnson*
ANITA JOHNSON
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way - Suite 9200
Boston, MA 02210

(617) 748-3266
Anita.Johnson@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that this document(s) will be filed through the ECF system of the Court, which system will serve all parties electronically, on this 7th day of July 2020.

ANITA JOHNSON
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3266
Anita.Johnson@usdoj.gov

By:    /s/ *Persis S. Yu*
       PERSIS YU (BBO #685951)